# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 05-mj-00028-GJR-01 |
|  | USM Number: 33620-013 |
| RANDY C. LARSON | Colleen Scissors (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 (Violation Notice No. P295990).

The defendant is adjudicated guilty of this offense:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 36 C.F.R. 4.2(b) and C.R.S. 18-18-428 | Possession of Drug Paraphernalia | 8/14/05 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 7, 2006
Date of Imposition of Judgment

_/s/ Gudrun Rice_
Signature of Judge

Gudrun Rice, U.S. Magistrate Judge
Name & Title of Judge

February 7, 2006
Date

DEFENDANT: RANDY C. LARSON
CASE NUMBER: 05-mj-00028-GJR-01                                    Judgment-Page 2 of 3

## PROBATION

The defendant is hereby placed on probation for a term of six (6) months.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and two periodic drug tests thereafter.

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page. (set forth below).

## STANDARD CONDITIONS OF SUPERVISION

None.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) Comply with Harmony House aftercare program.
2) Continue regular participation in AA.
3) Participate in a program of random urinalyses to be coordinated by U.S. Probation Officer Sherrie Blake.

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The $10 special assessment is due immediately.

DEFENDANT: RANDY C. LARSON
CASE NUMBER: 05-mj-00028-GJR-01                          Judgment-Page 3 of 3

       All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

       The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

       Payments shall be applied in the following order: (1) special assessment.